1          HONORABLE RONALD B. LEIGHTON

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
8                            AT TACOMA

9    ANGEL ALONSO COVARRUBIAS, an
     individual,
10                                              Case No.  C05-5196 RBL

11                   Plaintiff,

12          v.

                                                ORDER RE THE PARTIES' RULE 39.1
13   BRINK'S, INCORPORATED, a foreign           MEDIATION OBLIGATION
     corporation; BRINK'S INC. BRANCH
14   #0128, a licensed armored security service of
     foreign corporation Brink's Incorporated;
15   PITTSON COMPANY, a foreign
     corporation; and TY BRYNE and "JANE
16   DOE" BRYNE, and the marital community
     comprised thereof
17
                     Defendants.
18

19

20          This matter is before the Court on the parties' joint request to extend or expunge their deadline

21   for conducting a mediation under Rule 39.1. Dkt. #35. Based on the parties' unsuccessful but good faith

22   attempts to settle the matter to date, the court will deem satisfied the parties' Rule 39.1 mediation

23   obligation.

24          Dated this 25th day of October, 2006.

25

26

27          _____
            RONALD B. LEIGHTON
28          UNITED STATES DISTRICT JUDGE

ORDER
Page - 1